# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>            Petitioner,<br>   vs.<br>KAMALA HARRIS,<br>            Respondent.<br>_____ | Case No. CV 11-8392 GW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action.

DATE: April 7, 2012

                                            _____
                                            HON. GEORGE H. WU
                                            UNITED STATES DISTRICT JUDGE