UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL RODRIGUEZ, | ) | Case No. CV 11-8392 GW (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| KAMALA HARRIS, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed.

DATE: April 7, 2012        _____
                           HON. GEORGE H. WU
                           UNITED STATES DISTRICT JUDGE